### DRAKE v. THOMPSON & DEER CO.

(Common Pleas of New York City and County, General Term. April 1, 1895.)

Appeal from special term.

Action by Walter S. Drake against the Thompson & Deer Company. From an order denying a motion to vacate an order for the examination before trial of certain of defendant's officers, defendant appeals. Affirmed.

Argued before DALY, C. J., and BOOKSTAVER and GIEGERICH, JJ.

Howe & Hummel, for appellant.

L. Kargé, for respondent.

GIEGERICH, J.   The defendant is a corporation organized under the laws of this state, and engaged in the brokerage business, and the buying and selling of stocks and securities.   The features of this case are, in all substantial respects, identical with those in Drake v. Weinman & Co. (herewith decided) 33 N. Y. Supp. 177, and nothing need be said in addition to the opinion there expressed.   It follows that the order appealed from should be affirmed, with costs.   All concur.